JS - 6

**FILED: 4/12/2013**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. HOME ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHAIM FISHER, et al <br><br> Defendants. | CASE NO. CV 12-6522 GHK (MRWx) <br><br> **ORDER OF DISMISSAL** |

Pursuant to the parties' *Joint Notice of Settlement*, informing the Court by counsel that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

Dated: 4/12/13

GEORGE H. KING
Chief United States District Judge