J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.                **FILED:  8/27/13**
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Barry K. Rothman (SBN 47107)
*bkr@bkrlegal.com*
Fredric R. Brandfon (SBN 155538)
Law Office of Barry K. Rothman
1901 Avenue of the Stars #370
Los Angeles, California  90067
Telephone:  (310) 557-0062
Facsimile:   (310) 557-9080

Attorneys for Defendant
Chaim Fisher, an individual and d/b/a as
Amazon.com Seller Good Fella

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-6522 GHK (MRWx) |
| Plaintiff, | [~~PROPOSED~~] CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| Chaim Fisher, an individual and d/b/a as Amazon.com Seller Good Fella, and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of
Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner
Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Chaim Fisher, an
individual and d/b/a as Amazon.com Seller Good Fella ("Defendant"), in this action,
and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, and representatives, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download,

distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened only for the purposes of the entry of Judgment should Defendant default under the terms of the separate and confidential Settlement Agreement, as the need arises.

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10)     This Court shall retain jurisdiction over Defendant for the purpose of making

further orders necessary or proper for the construction or modification of this consent

decree and judgment; to implement and enforce the provisions hereof, including the

Injunction; the punishment of any violations hereof; and for the possible entry of a

further Judgment Pursuant to Stipulation in this action.

DATED:   8/27/13

_____
Hon. George H. King
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Law Office of Barry K. Rothman

By: _____
        Barry K. Rothman
        Fredric R. Brandfon
Attorneys for Defendant
Chaim Fisher, an individual and d/b/a as
Amazon.com Seller Good Fella

# EXHIBIT A

## PLAINTIFF'S WORKS

| Registration No. | Description | Copyright Claimaint: |
|---|---|---|
| PA 1-097-809 | Austin Powers in Goldmember | New Line Productions, Inc. ("NLPI") |
| PA 1-014-907 | Dungeons & Dragons | Sweetpea Entertainment, Inc. |
| PA 417-701 | Lethal Weapon 2 | Warner Bros. Entertainment Inc. ("WBEI"), successor-in-interest to Warner Bros. Inc. |
| PA 568-254 | Lethal Weapon 3 | WBEI |
| PA 1-594-313 | Mr. Woodcock (2008) DVD | MACRON Filmproduktion GmbH & Co. Projekt 1 KG; NLPI |
| PA 1-113-095 | The Adventures of Pluto Nash | WV Films II LLC |
| PA 1-026-246 | BATMAN BEYOND: Rebirth Part 1 | WBEI |
| PA 1-026-245 | BATMAN BEYOND: Rebirth Part 2 | WBEI |
| PA 1-026-247 | BATMAN BEYOND: Black Out | WBEI |
| PA 1-026-248 | BATMAN BEYOND: Golem | WBEI |
| PA 1-026-239 | BATMAN BEYOND: Meltdown | WBEI |
| PA 1-026-238 | BATMAN BEYOND: Heroes | WBEI |
| PA 1-026-244 | BATMAN BEYOND: Shriek | WBEI |
| PA 1-026-250 | BATMAN BEYOND: Dead Man's Hand | WBEI |
| PA 1-026-249 | BATMAN BEYOND: The Winning Edge | WBEI |
| PA 1-026-240 | BATMAN BEYOND: Spellbound | WBEI |

| PA 1-026-243 | BATMAN BEYOND: Disappearing Inque | WBEI |
|---|---|---|
| PA 1-026-241 | BATMAN BEYOND: A Touch Of Curare | WBEI |
| PA 1-026-242 | BATMAN BEYOND: Ascension | WBEI |
| PA 1-119-908 | BATMAN BEYOND: King's Ransom | WBEI |
| PA 1-119-523 | BATMAN BEYOND: Untouchable | WBEI |
| PA 1-119-528 | BATMAN BEYOND: Inqueling | WBEI |
| PA 1-119-527 | BATMAN BEYOND: Big Time | WBEI |
| PA 1-119-907 | BATMAN BEYOND: Out Of The Past | WBEI |
| PA 1-119-530 | BATMAN BEYOND: Speak No Evil | WBEI |
| PA 1-119-524 | BATMAN BEYOND: The Call Part 1 | WBEI |
| PA 1-119-532 | BATMAN BEYOND: The Call Part 2 | WBEI |
| PA 1-119-529 | BATMAN BEYOND: Betrayal | WBEI |
| PA 1-119-533 | BATMAN BEYOND: The Curse Of The Kobra Part 1 | WBEI |
| PA 1-119-909 | BATMAN BEYOND: The Curse Of The Kobra Part 2 | WBEI |
| PA 1-119-910 | BATMAN BEYOND: Countdown | WBEI |
| PA 1-122-041 | BATMAN BEYOND: Unmasked | WBEI |
| PA 1-320-979 | BIG LOVE: The Pilot | Home Box Office, Inc. ("HBO") |
| PA 1-319-374 | BIG LOVE: Viagra Blue | HBO |
| PA 1-319-373 | BIG LOVE: Home Invasion | HBO |

| PA 1-320-982 | BIG LOVE: Eclipse | HBO |
|---|---|---|
| PA 1-320-983 | BIG LOVE: Affair | HBO |
| PA 1-320-984 | BIG LOVE: Roberta's Funeral | HBO |
| PA 1-320-985 | BIG LOVE: Eviction | HBO |
| PA 1-325-915 | BIG LOVE: Easter | HBO |
| PA 1-320-981 | BIG LOVE: A Barbecue For Betty | HBO |
| PA 1-320-978 | BIG LOVE: The Baptism | HBO |
| PA 1-320-139 | BIG LOVE: Where There's A Will | HBO |
| PA 1-340-778 | BIG LOVE: The Ceremony | HBO |
| PA 1-386-822 | BIG LOVE: Damage Control | HBO |
| PA 1-386-697 | BIG LOVE: The Writing On The Wall | HBO |
| PA 1-589-437 | BIG LOVE: Reunion | HBO |
| PA 1-589-430 | BIG LOVE: Rock And A Hard Place | HBO |
| PA 1-589-429 | BIG LOVE: Vision Thing | HBO |
| PA 1-589-425 | BIG LOVE: Dating Game | HBO |
| PA 1-593-023 | BIG LOVE: Good Guys And Bad Guys | HBO |
| PA 1-593-027 | BIG LOVE: Kingdom Come | HBO |
| PA 1-593-063 | BIG LOVE: Circle The Wagons | HBO |
| PA 1-593-061 | BIG LOVE: The Happiest Girl… | HBO |
| PA 1-593-060 | BIG LOVE: Take Me As I Am | HBO |
| PA 1-593-059 | BIG LOVE: Oh, Pioneers | HBO |
| PA 1-663-632 | BIG LOVE: Block Party | HBO |
| PA 1-636-013 | BIG LOVE: Empire | HBO |
| PA 1-636-015 | BIG LOVE: Prom Queen | HBO |
| PA 1-636-014 | BIG LOVE: On Trial | HBO |
| PA 1-636-012 | BIG LOVE: For Better Or For Worse | HBO |
| PA 1-636-016 | BIG LOVE: Come, Ye Saints | HBO |
| PA 1-663-307 | BIG LOVE: Fight Or Flight | HBO |
| PA 1-663-938 | BIG LOVE: Rough Edges | HBO |

| PA 1-661-917 | BIG LOVE: Outer Darkness | HBO |
|---|---|---|
| PA 1-661-969 | BIG LOVE: Sacrament | HBO |
| PA 1-676-099 | BIG LOVE: Free At Last | HBO |
| PA 1-676-086 | BIG LOVE: The Greater Good | HBO |
| PA 1-676-097 | BIG LOVE: Strange Bedfellows | HBO |
| PA 1-676-087 | BIG LOVE: The Mighty And Strong | HBO |
| PA 1-680-449 | BIG LOVE: Sins Of The Father | HBO |
| PA 1-680-393 | BIG LOVE: Under One Roof | HBO |
| PA 1-680-392 | BIG LOVE: Blood Atonement | HBO |
| PA 1-680-394 | BIG LOVE: Next Ticket Out | HBO |
| PA 1-679-719 | BIG LOVE: End Of Days | HBO |
| PA 1-733-273 | BIG LOVE: Winter | HBO |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | HBO |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | HBO |
| PA 1-732-179 | BIG LOVE: The Oath | HBO |
| PA 1-741-708 | BIG LOVE: The Special Relationship | HBO |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | HBO |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | HBO |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | HBO |
| PA 1-737-340 | BIG LOVE: Exorcism | HBO |
| PA 741-695 | FRIENDS: The One Where Monica Gets a Roommate | WBEI |
| PA 741-697 | FRIENDS: The One with the Sonogram at the End | WBEI |
| PA 741-696 | FRIENDS: The One with the Thumb | WBEI |
| PA 741-699 | FRIENDS: The One with George Stephanopoulos | WBEI |

| | | |
|---|---|---|
| PA 741-698 | FRIENDS: The One with the East German Laundry Detergent | WBEI |
| PA 741-700 | FRIENDS: The One with the Butt | WBEI |
| PA 741-701 | FRIENDS: The One with the Blackout | WBEI |
| PA 741-702 | FRIENDS: The One Where Nana Dies Twice | WBEI |
| PA 741-704 | FRIENDS: The One Where Underdog Gets Away | WBEI |
| PA 741-706 | FRIENDS: The One with the Monkey | WBEI |
| PA 741-705 | FRIENDS: The One with Mrs. Bing | WBEI |
| PA 741-703 | FRIENDS: The One with the Dozen Lasagnas | WBEI |
| PA 741-709 | FRIENDS: The One with the Boobies | WBEI |
| PA 741-712 | FRIENDS: The One with the Candy Hearts | WBEI |
| PA 741-708 | FRIENDS: The One with the Stoned Guy | WBEI |
| PA 741-710 | FRIENDS: The One with Two Parts: Part 1 | WBEI |
| PA 741-711 | FRIENDS: The One with Two Parts: Part 2 | WBEI |
| PA 741-707 | FRIENDS: The One with all the Poker | WBEI |
| PA 741-713 | FRIENDS: The One Where the Monkey Gets Away | WBEI |
| PA 741-714 | FRIENDS: The One with the Evil Orthodontist | WBEI |
| PA 750-485 | FRIENDS: The One with the Fake Monica | WBEI |
| PA 750-486 | FRIENDS: The One with the Ick Factor | WBEI |

| | | |
|---|---|---|
| PA 750-484 | FRIENDS: The One with the Birth | WBEI |
| PA 750-483 | FRIENDS: The One where Rachel Finds Out | WBEI |
| PA 789-111 | FRIENDS: The One with Ross's New Girlfriend | WBEI |
| PA 775-415 | FRIENDS: The One with the Breast Milk | WBEI |
| PA 775-416 | FRIENDS: The One Where Heckles Dies | WBEI |
| PA 775-418 | FRIENDS: The One with Phoebe's Husband | WBEI |
| PA 775-417 | FRIENDS: The One with Five Steaks and an Eggplant | WBEI |
| PA 775-419 | FRIENDS: The One with the Baby on the Bus | WBEI |
| PA 775-420 | FRIENDS: The One Where Ross Finds Out | WBEI |
| PA 775-421 | FRIENDS: The One with the List | WBEI |
| PA 775-422 | FRIENDS: The One with Phoebe's Dad | WBEI |
| PA 775-424 | FRIENDS: The One with Russ | WBEI |
| PA 775-425 | FRIENDS: The One with the Lesbian Wedding | WBEI |
| PA 775-432 | FRIENDS: The One After the Superbowl: Part 1 and 2 | WBEI |
| PA 775-423 | FRIENDS: The One with the Prom Video | WBEI |
| PA 775-426 | FRIENDS: The One Where Ross and Rachel… You Know | WBEI |
| PA 775-427 | FRIENDS: The One Where Joey Moves Out | WBEI |
| PA 775-428 | FRIENDS: The One Where Eddie Moves In | WBEI |
| PA 775-429 | FRIENDS: The One Where Dr. Ramoray Dies | WBEI |

| | | |
|---|---|---|
| PA 775-430 | FRIENDS: The One Where Eddie Won't Go | WBEI |
| PA 775-431 | FRIENDS: The One Where Old Yeller Dies | WBEI |
| PA 775-836 | FRIENDS: The One with the Bullies | WBEI |
| PA 775-837 | FRIENDS: The One with the Two Parties | WBEI |
| PA 775-839 | FRIENDS: The One with the Chicken Pox | WBEI |
| PA 775-838 | FRIENDS: The One with Barry and Mindy's Wedding | WBEI |
| PA 805-681 | FRIENDS: The One with the Princess Leia Fantasy | WBEI |
| PA 805-680 | FRIENDS: The One Where No One's Ready | WBEI |
| PA 805-679 | FRIENDS: The One with the Jam | WBEI |
| PA 805-678 | FRIENDS: The One with the Metaphorical Tunnel | WBEI |
| PA 806-033 | FRIENDS: The One with Frank Jr. | WBEI |
| PA 806-034 | FRIENDS: The One with the Flashback | WBEI |
| PA 806-035 | FRIENDS: The One with the Race Car Bed | WBEI |
| PA 806-036 | FRIENDS: The One with the Poking Device | WBEI |
| PA 806-037 | FRIENDS: The One with the Football | WBEI |
| PA 823-904 | FRIENDS: The One Where Rachel Quits | WBEI |
| PA 824-339 | FRIENDS: The One Where Chandler Can't Remember Which Sister | WBEI |
| PA 824-338 | FRIENDS: The One with All the Jealousy | WBEI |

| | | |
|---|---|---|
| PA 824-340 | FRIENDS: The One where Monica and Richard Are Just Friends | WBEI |
| PA 824-354 | FRIENDS: The One with Phoebe's Ex-Partner | WBEI |
| PA 824-353 | FRIENDS: The One Where Ross and Rachel Take a Break | WBEI |
| PA 824-355 | FRIENDS: The One the Morning After | WBEI |
| PA 824-357 | FRIENDS: The One With the Ski Trip | WBEI |
| PA 824-356 | FRIENDS: The One with the Hypnosis Tape | WBEI |
| PA 824-621 | FRIENDS: The One with the Tiny T-Shirt | WBEI |
| PA 824-622 | FRIENDS: The One with the Dollhouse | WBEI |
| PA 824-623 | FRIENDS: The One with the Chick and the Duck | WBEI |
| PA 838-151 | FRIENDS: The One with the Screamer | WBEI |
| PA 838-153 | FRIENDS: The One with Ross's Thing | WBEI |
| PA 838-152 | FRIENDS: The One with the Ultimate Fighting Champion | WBEI |
| PA 838-154 | FRIENDS: The One at the Beach | WBEI |
| PA 853-984 | FRIENDS: The One with the Jellyfish | WBEI |
| PA 853-985 | FRIENDS: The One with the Cat | WBEI |
| PA 853-986 | FRIENDS: The One with the 'Cuffs | WBEI |
| PA 853-987 | FRIENDS: The One with the Ballroom Dancing | WBEI |
| PA 854-172 | FRIENDS: The One with Joey's New Girlfriend | WBEI |

| | | |
|---|---|---|
| PA 854-173 | FRIENDS: The One with the Dirty Girl | WBEI |
| PA 854-174 | FRIENDS: The One Where Chandler Crosses the Line | WBEI |
| PA 854-175 | FRIENDS: The One with Chandler in a Box | WBEI |
| PA 854-250 | FRIENDS: The One Where They're Going to a Party! | WBEI |
| PA 854-249 | FRIENDS: The One with the Girl from Poughkeepsie | WBEI |
| PA 872-595 | FRIENDS: The One with Phoebe's Uterus | WBEI |
| PA 872-596 | FRIENDS: The One with the Embryos | WBEI |
| PA 872-597 | FRIENDS: The One with Rachel's Crush | WBEI |
| PA 872-647 | FRIENDS: The One with Joey's Dirty Day | WBEI |
| PA 872-648 | FRIENDS: The One with All the Rugby | WBEI |
| PA 873-051 | FRIENDS: The One with the Fake Party | WBEI |
| PA 873-052 | FRIENDS: The One with the Free Porn | WBEI |
| PA 873-119 | FRIENDS: The One with Rachel's New Dress | WBEI |
| PA 873-118 | FRIENDS: The One with All the Haste | WBEI |
| PA 873-120 | FRIENDS: The One with All the Wedding Dresses | WBEI |
| PA 886-940 | FRIENDS: The One with the Invitation | WBEI |
| PA 886-941 | FRIENDS: The One with the Worst Best Man Ever | WBEI |
| PA 886-942 | FRIENDS: The One with Ross's Wedding: Part 1-2 | WBEI |

| | | |
|---|---|---|
| PA 903-501 | FRIENDS: The One After Ross Says Rachel | WBEI |
| PA 903-502 | FRIENDS: The One with All the Kissing | WBEI |
| PA 903-503 | FRIENDS: The One Hundredth | WBEI |
| PA 903-504 | FRIENDS: The One Where Phoebe Hates PBS | WBEI |
| PA 903-929 | FRIENDS: The One with the Kips | WBEI |
| PA 903-932 | FRIENDS: The One with the Yeti | WBEI |
| PA 903-931 | FRIENDS: The One Where Ross Moves In | WBEI |
| PA 903-930 | FRIENDS: The One with All the Thanksgivings | WBEI |
| PA 918-650 | FRIENDS: The One with Ross' Sandwich | WBEI |
| PA 918-651 | FRIENDS: The One with the Inappropriate Sister | WBEI |
| PA 918-340 | FRIENDS: The One with All the Resolutions | WBEI |
| PA 918-341 | FRIENDS: The One with Chandler's Work Laugh | WBEI |
| PA 918-547 | FRIENDS: The One with Joey's Bag | WBEI |
| PA 918-548 | FRIENDS: The One Where Everybody Finds Out | WBEI |
| PA 918-549 | FRIENDS: The One with the Girl Who Hits Joey | WBEI |
| PA 918-550 | FRIENDS: The One with the Cop | WBEI |
| PA 929-814 | FRIENDS: The One with Rachel's Inadvertent Kiss | WBEI |
| PA 929-884 | FRIENDS: The One Where Rachel Smokes | WBEI |
| PA 929-885 | FRIENDS: The One Where Ross Can't Flirt | WBEI |

| PA 929-886 | FRIENDS: The One with the Ride-Along | WBEI |
|---|---|---|
| PA 936-661 | FRIENDS: The One with the Ball | WBEI |
| PA 936-662 | FRIENDS: The One with Joey's Big Break | WBEI |
| PA 936-663 | FRIENDS: The One in Vegas: Part I & II | WBEI |
| PA 947-241 | FRIENDS: The One After Vegas | WBEI |
| PA 947-240 | FRIENDS: The One Where Ross Hugs Rachel | WBEI |
| PA 947-239 | FRIENDS: The One with Ross's Denial | WBEI |
| PA 958-084 | FRIENDS: The One Where Joey Loses His Insurance | WBEI |
| PA 977-638 | FRIENDS: The One with Joey's Porsche | WBEI |
| PA 958-087 | FRIENDS: The One on the Last Night | WBEI |
| PA 958-086 | FRIENDS: The One Where Phoebe Runs | WBEI |
| PA 958-085 | FRIENDS: The One with Ross' Teeth | WBEI |
| PA 971-093 | FRIENDS: The One Where Ross Got High | WBEI |
| PA 971-094 | FRIENDS: The One with the Routine | WBEI |
| PA 981-598 | FRIENDS: The One with the Apothecary Table | WBEI |
| PA 971-095 | FRIENDS: The One with the Joke | WBEI |
| PA 982-983 | FRIENDS: The One with Rachel's Sister | WBEI |
| PA 982-985 | FRIENDS: The One Where Chandler Can't Cry | WBEI |

| | | |
|---|---|---|
| PA 982-984 | FRIENDS: The One that Could Have Been: Part 1-2 | WBEI |
| PA 971-096 | FRIENDS: The One with Unagi | WBEI |
| PA 971-097 | FRIENDS: The One Where Ross Dates a Student | WBEI |
| PA 971-427 | FRIENDS: The One with Joey's Fridge | WBEI |
| PA 982-601 | FRIENDS: The One with Mac and CHEESE | WBEI |
| PA 982-988 | FRIENDS: The One Where Ross Meets Elizabeth's Dad | WBEI |
| PA 982-987 | FRIENDS: The One Where Paul's the Man | WBEI |
| PA 982-986 | FRIENDS: The One with the Ring | WBEI |
| PA 983-070 | FRIENDS: The One with the Proposal: Part 1-2 | WBEI |
| PA 999-614 | FRIENDS: The One with Monica's Thunder | WBEI |
| PA 999-615 | FRIENDS: The One with Rachel's Book | WBEI |
| PA 999-617 | FRIENDS: The One with Phoebe's Cookies | WBEI |
| PA 999-616 | FRIENDS: The One with Rachel's Assistant | WBEI |
| PA 1-033-420 | FRIENDS: The One with the Engagement Picture | WBEI |
| PA 1-033-419 | FRIENDS: The One with the Nap Partners | WBEI |
| PA 1-033-418 | FRIENDS: The One with Ross' Library Book | WBEI |
| PA 1-033-421 | FRIENDS: The One Where Chandler Doesn't Like Dogs | WBEI |
| PA 1-048-077 | FRIENDS: The One with All the Candy | WBEI |

| | | |
|---|---|---|
| PA 1-048-078 | FRIENDS: The One with the Holiday Armadillo | WBEI |
| PA 1-021-721 | FRIENDS: The One with All the Cheesecakes | WBEI |
| PA 1-021-722 | FRIENDS: The One Where They're Up All Night | WBEI |
| PA 1-021-723 | FRIENDS: The One Where Rosita Dies | WBEI |
| PA 1-021-724 | FRIENDS: The One Where They All Turn Thirty | WBEI |
| PA 1-021-726 | FRIENDS: The One with Joey's New Brain | WBEI |
| PA 1-021-727 | FRIENDS: The One with the Truth About London | WBEI |
| PA 1-021-728 | FRIENDS: The One with the Cheap Wedding Dress | WBEI |
| PA 1-021-729 | FRIENDS: The One with Joey's Award | WBEI |
| PA 1-041-435 | FRIENDS: The One with Ross and Monica's Cousin | WBEI |
| PA 1-041-436 | FRIENDS: The One with Rachel's Big Kiss | WBEI |
| PA 1-036-645 | FRIENDS: The One with the Vows | WBEI |
| PA 1-036-646 | FRIENDS: The One with Chandler's Dad | WBEI |
| PA 1-041-437 | FRIENDS: The One with Monica and Chandler's Wedding: Part 1-2 | WBEI |
| PA 1-048-079 | FRIENDS: The One After I Do | WBEI |
| PA 1-048-195 | FRIENDS: The One with the Red Sweater | WBEI |
| PA 1-048-196 | FRIENDS: The One Where Rachel Tells… | WBEI |
| PA 1-048-198 | FRIENDS: The One with the Videotape | WBEI |

| | | |
|---|---|---|
| PA 1-048-197 | FRIENDS: The One with Rachel's Date | WBEI |
| PA 1-064-551 | FRIENDS: The One with the Halloween Party | WBEI |
| PA 1-064-552 | FRIENDS: The One with the Stain | WBEI |
| PA 1-064-572 | FRIENDS: The One with the Stripper | WBEI |
| PA 1-064-573 | FRIENDS: The One with the Rumor | WBEI |
| PA 1-068-676 | FRIENDS: The One with Monica's Boots | WBEI |
| PA 1-068-677 | FRIENDS: The One with Ross's Step Forward | WBEI |
| PA 1-068-613 | FRIENDS: The One Where Joey Dates Rachel | WBEI |
| PA 1-068-614 | FRIENDS: The One Where Chandler Takes a Bath | WBEI |
| PA 1-068-942 | FRIENDS: The One with the Secret Closet | WBEI |
| PA 1-068-943 | FRIENDS: The One with the Birthing Video | WBEI |
| PA 1-079-280 | FRIENDS: The One Where Joey Tells Rachel | WBEI |
| PA 1-079-423 | FRIENDS: The One with the Tea Leaves | WBEI |
| PA 1-078-820 | FRIENDS: The One in Massapequa | WBEI |
| PA 1-092-616 | FRIENDS: The One with Joey's Interview | WBEI |
| PA 1-078-890 | FRIENDS: The One with the Baby Shower | WBEI |
| PA 1-078-891 | FRIENDS: The One with the Cooking Class | WBEI |
| PA 1-078-889 | FRIENDS: The One Where Rachel is Late | WBEI |

| | | |
|---|---|---|
| PA 1-096-096 | FRIENDS: The One Where Rachel Has a Baby: Part 1 | WBEI |
| PA 1-096-093 | FRIENDS: The One Where Rachel Has a Baby: Part 2 | WBEI |
| PA 1-097-335 | FRIENDS: The One Where No One Proposes | WBEI |
| PA 1-097-336 | FRIENDS: The One Where Emma Cries | WBEI |
| PA 1-097-338 | FRIENDS: The One with the Pediatrician | WBEI |
| PA 1-097-337 | FRIENDS: The One with the Sharks | WBEI |
| PA 1-097-339 | FRIENDS: The One with Phoebe's Birthday Dinner | WBEI |
| PA 1-097-340 | FRIENDS: The One with the Male Nanny | WBEI |
| PA 1-110-496 | FRIENDS: The One with Ross' Inappropriate Song | WBEI |
| PA 1-110-495 | FRIENDS: The One with Rachel's Other Sister | WBEI |
| PA 1-110-494 | FRIENDS: The One with Christmas in Tulsa | WBEI |
| PA 1-127-950 | FRIENDS: The One Where Rachel Goes Back to Work | WBEI |
| PA 1-127-949 | FRIENDS: The One with Phoebe's Rats | WBEI |
| PA 1-127-951 | FRIENDS: The One Where Monica Sings | WBEI |
| PA 1-127-954 | FRIENDS: The One with the Blind Date | WBEI |
| PA 1-127-953 | FRIENDS: The One with the Mugging | WBEI |
| PA 1-127-952 | FRIENDS: The One with the Boob Job | WBEI |
| PA 1-198-853 | FRIENDS: The One with the Memorial Service | WBEI |

| | | |
|---|---|---|
| PA 1-198-849 | FRIENDS: The One with the Lottery | WBEI |
| PA 1-198-852 | FRIENDS: The One with Rachel's Dream | WBEI |
| PA 1-198-863 | FRIENDS: The One with the Soap Opera Party | WBEI |
| PA 1-198-862 | FRIENDS: The One with the Fertility Test | WBEI |
| PA 1-197-156 | FRIENDS: The One with the Donor | WBEI |
| PA 1-148-756 | FRIENDS: The One in Barbados: Part 1 and 2 | WBEI |
| PA 1-193-101 | FRIENDS: The One After Joey and Rachel Kiss | WBEI |
| PA 1-193-099 | FRIENDS: The One Where Ross is Fine | WBEI |
| PA 1-193-100 | FRIENDS: The One with Ross's Tan | WBEI |
| PA 1-206-395 | FRIENDS: The One with the Cake | WBEI |
| PA 1-206-396 | FRIENDS: The One Where Rachel's Sister Babysits | WBEI |
| PA 1-206-397 | FRIENDS: The One with Ross' Grant | WBEI |
| PA 1-206-398 | FRIENDS: The One with the Home Study | WBEI |
| PA 1-206-399 | FRIENDS: The One with the Late Thanksgiving | WBEI |
| PA 1-206-440 | FRIENDS: The One with the Birth Mother | WBEI |
| PA 1-206-441 | FRIENDS: The One Where Chandler Gets Caught | WBEI |
| PA 1-214-056 | FRIENDS: The One Where the Stripper Cries | WBEI |
| PA 1-214-053 | FRIENDS: The One with Phoebe's Wedding | WBEI |

| PA 1-213-062 | FRIENDS: The One Where Joey Speaks French | WBEI |
|---|---|---|
| PA 1-213-061 | FRIENDS: The One with Princess Consuelo | WBEI |
| PA 1-210-936 | FRIENDS: The One Where Estelle Dies | WBEI |
| PA 1-210-937 | FRIENDS: The One with Rachel's Going Away Party | WBEI |
| PA 1-221-640 | FRIENDS: The One Before the Last One: 10 Years of Friends | WBEI |
| PA 1-221-641 | FRIENDS: The Last One: Part 1-2 | WBEI |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |

| | | |
|---|---|---|
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |

| | | |
|---|---|---|
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |

| | | |
|---|---|---|
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |

| | | |
|---|---|---|
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |

| | | |
|---|---|---|
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | BGE |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | HBO; Samax, Inc. ("SI") |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |

| | | |
|---|---|---|
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO; SI |
| PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; SI |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |

| | | |
|---|---|---|
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO; SI |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |

| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
|---|---|---|
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO; SI |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |

| | | |
|---|---|---|
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |
| PA 1-008-123 | THE WEST WING: Pilot | WBEI |
| PA 999-330 | THE WEST WING: Post Hoc, Ergo Propter Hoc | WBEI |
| PA 999-329 | THE WEST WING: A Proportional Response | WBEI |
| PA 999-328 | THE WEST WING: Five Votes Down | WBEI |
| PA 999-323 | THE WEST WING: The Crackpots and These Women | WBEI |
| PA 999-322 | THE WEST WING: Mr. Willis of Ohio | WBEI |
| PA 1-008-118 | THE WEST WING: State Dinner | WBEI |
| PA 999-321 | THE WEST WING: Enemies | WBEI |
| PA 1-008-124 | THE WEST WING: The Short List | WBEI |
| PA 1-008-120 | THE WEST WING: In Excelsis Deo | WBEI |
| PA 1-008-125 | THE WEST WING: Lord John Marbury | WBEI |
| PA 999-319 | THE WEST WING: He Shall, From Time to Time | WBEI |
| PA 1-008-119 | THE WEST WING: Take Out the Trash Day | WBEI |
| PA 1-008-122 | THE WEST WING: Take This Sabbath Day | WBEI |
| PA 1-008-121 | THE WEST WING: Celestial Navigation | WBEI |
| PA 999-318 | THE WEST WING: 20 Hours in L.A. | WBEI |

| | | |
|---|---|---|
| PA 999-317 | THE WEST WING: The White House Pro-Am | WBEI |
| PA 999-325 | THE WEST WING: Six Meetings Before Lunch | WBEI |
| PA 999-326 | THE WEST WING: Let Bartlet Be Bartlet | WBEI |
| PA 999-327 | THE WEST WING: Mandatory Minimums | WBEI |
| PA 999-324 | THE WEST WING: Lies, Damn Lies and Statistics | WBEI |
| PA 999-320 | THE WEST WING: What Kind of Day Has It Been | WBEI |
| PA 1-078-726 | THE WEST WING: In the Shadow of Two Gunmen: Part I | WBEI |
| PA 1-076-742 | THE WEST WING: In the Shadow of Two Gunmen: Part II | WBEI |
| PA 1-078-727 | THE WEST WING: The Midterms | WBEI |
| PA 1-078-738 | THE WEST WING: In This White House | WBEI |
| PA 1-078-730 | THE WEST WING: And It's Surely to Their Credit | WBEI |
| PA 1-078-728 | THE WEST WING: The Lame Duck Congress | WBEI |
| PA 1-078-741 | THE WEST WING: The Portland Trip | WBEI |
| PA 1-078-732 | THE WEST WING: Shibboleth | WBEI |
| PA 1-078-725 | THE WEST WING: Galileo | WBEI |
| PA 1-078-729 | THE WEST WING: Noel | WBEI |
| PA 1-078-731 | THE WEST WING: The Leadership Breakfast | WBEI |

| | | |
|---|---|---|
| PA 1-078-740 | THE WEST WING: The Drop In | WBEI |
| PA 1-192-007 | THE WEST WING: Bartlet's Third State of the Union | WBEI |
| PA 1-078-733 | THE WEST WING: The War at Home | WBEI |
| PA 1-078-734 | THE WEST WING: Ellie | WBEI |
| PA 1-078-743 | THE WEST WING: Somebody's Going to Emergency, Somebody's Going to Jail | WBEI |
| PA 1-078-744 | THE WEST WING: The Stackhouse Filibuster | WBEI |
| PA 1-078-746 | THE WEST WING: 17 People | WBEI |
| PA 1-078-736 | THE WEST WING: Bad Moon Rising | WBEI |
| PA 1-078-745 | THE WEST WING: The Fall's Gonna Kill You | WBEI |
| PA 1-078-737 | THE WEST WING: 18th and Potomac | WBEI |
| PA 1-078-735 | THE WEST WING: Two Cathedrals | WBEI |
| PA 1-110-176 | THE WEST WING: Isaac and Ishmael | WBEI |
| PA 1-110-190 | THE WEST WING: The Special Episode | WBEI |
| PA 1-110-186 | THE WEST WING: Manchester: Part 1 | WBEI |
| PA 1-110-187 | THE WEST WING: Manchester: Part 2 | WBEI |
| PA 1-110-173 | THE WEST WING: Ways and Means | WBEI |
| PA 1-110-174 | THE WEST WING: On the Day Before | WBEI |

| | | |
|---|---|---|
| PA 1-110-183 | THE WEST WING: War Crimes | WBEI |
| PA 1-110-182 | THE WEST WING: Gone Quiet | WBEI |
| PA 1-110-177 | THE WEST WING: The Indians in the Lobby | WBEI |
| PA 1-110-175 | THE WEST WING: The Women of Qumar | WBEI |
| PA 1-110-168 | THE WEST WING: Bartlet for America | WBEI |
| PA 1-110-188 | THE WEST WING: H. Con-172 | WBEI |
| PA 1-110-181 | THE WEST WING: 100,000 Airplanes | WBEI |
| PA 1-110-180 | THE WEST WING: The Two Bartlets | WBEI |
| PA 1-110-178 | THE WEST WING: Night Five | WBEI |
| PA 1-110-189 | THE WEST WING: Hartsfield's Landing | WBEI |
| PA 1-110-170 | THE WEST WING: Dead Irish Writers | WBEI |
| PA 1-110-185 | THE WEST WING: The U.S. Poet Laureate | WBEI |
| PA 1-110-184 | THE WEST WING: Stirred | WBEI |
| PA 1-110-169 | THE WEST WING: Enemies Foreign and Domestic | WBEI |
| PA 1-110-179 | THE WEST WING: The Black Vera Wang | WBEI |
| PA 1-110-172 | THE WEST WING: We Killed Yamamoto | WBEI |
| PA 1-110-171 | THE WEST WING: Posse Comitatus | WBEI |
| PA 1-148-943 | THE WEST WING: 20 Hours in America Part 1 | WBEI |

| | | |
|---|---|---|
| PA 1-148-944 | THE WEST WING: 20 Hours in America Part 2 | WBEI |
| PA 1-148-945 | THE WEST WING: College Kids | WBEI |
| PA 1-148-946 | THE WEST WING: Red Mass | WBEI |
| PA 1-148-947 | THE WEST WING: Debate Camp | WBEI |
| PA 1-148-948 | THE WEST WING: Game On | WBEI |
| PA 1-148-950 | THE WEST WING: Election Night | WBEI |
| PA 1-148-951 | THE WEST WING: Process Stories | WBEI |
| PA 1-148-949 | THE WEST WING: Swiss Diplomacy | WBEI |
| PA 1-148-952 | THE WEST WING: Arctic Radar | WBEI |
| PA 1-148-953 | THE WEST WING: Holy Night | WBEI |
| PA 1-148-954 | THE WEST WING: Guns Not Butter | WBEI |
| PA 1-148-955 | THE WEST WING: The Long Goodbye | WBEI |
| PA 1-148-956 | THE WEST WING: Inauguration: Part 1 | WBEI |
| PA 1-148-957 | THE WEST WING: Inauguration: Part 2- Over There | WBEI |
| PA 1-148-958 | THE WEST WING: The California 47th | WBEI |
| PA 1-148-959 | THE WEST WING: Red Haven's On Fire | WBEI |
| PA 1-148-960 | THE WEST WING: Privateers | WBEI |
| PA 1-148-962 | THE WEST WING: Angel Maintenance | WBEI |

| | | |
|---|---|---|
| PA 1-148-961 | THE WEST WING: Evidence of Things Not Seen | WBEI |
| PA 1-148-963 | THE WEST WING: Life on Mars | WBEI |
| PA 1-148-964 | THE WEST WING: Commencement | WBEI |
| PA 1-148-965 | THE WEST WING: Twenty Five | WBEI |
| PA 1-291-070 | THE WEST WING: 7A WF 83429 | WBEI |
| PA 1-291-071 | THE WEST WING: The Dogs of War | WBEI |
| PA 1-291-072 | THE WEST WING: Jefferson Lives | WBEI |
| PA 1-291-073 | THE WEST WING: Han | WBEI |
| PA 1-291-074 | THE WEST WING: Constituency of One | WBEI |
| PA 1-291-075 | THE WEST WING: Disaster Relief | WBEI |
| PA 1-291-076 | THE WEST WING: Separation of Powers | WBEI |
| PA 1-291-077 | THE WEST WING: Shutdown | WBEI |
| PA 1-291-078 | THE WEST WING: Abu El Banat | WBEI |
| PA 1-291-079 | THE WEST WING: The Stormy Present | WBEI |
| PA 1-291-080 | THE WEST WING: The Benign Prerogative | WBEI |
| PA 1-291-081 | THE WEST WING: Slow News Day | WBEI |
| PA 1-291-082 | THE WEST WING: The Warfare of Genghis Khan | WBEI |
| PA 1-291-083 | THE WEST WING: An Khe | WBEI |

| | | |
|---|---|---|
| PA 1-291-084 | THE WEST WING: Full Disclosure | WBEI |
| PA 291-085 | THE WEST WING: Eppur Si Muove | WBEI |
| PA 1-291-086 | THE WEST WING: The Supremes | WBEI |
| PA 1-291-087 | THE WEST WING: Access | WBEI |
| PA 1-291-088 | THE WEST WING: Talking Points | WBEI |
| PA 1-291-091 | THE WEST WING: No Exit | WBEI |
| PA 1-291-089 | THE WEST WING: Gaza | WBEI |
| PA 1-291-090 | THE WEST WING: Memorial Day | WBEI |
| PA 1-765-880 | THE WEST WING: NSF Thurmont | WBEI |
| PA 1-765-871 | THE WEST WING: The Birnam Wood | WBEI |
| PA 1-765-857 | THE WEST WING: Third Day Story | WBEI |
| PA 1-765-675 | THE WEST WING: Liftoff | WBEI |
| PA 1-765-770 | THE WEST WING: The Hubbert Peak | WBEI |
| PA 1-765-694 | THE WEST WING: The Dover Test | WBEI |
| PA 1-765-764 | THE WEST WING: Change | WBEI |
| PA 1-765-700 | THE WEST WING: In the Room | WBEI |
| PA 1-765-763 | THE WEST WING: Impact Winter | WBEI |
| PA 1-765-665 | THE WEST WING: Faith-Based Initiative | WBEI |
| PA 1-765-791 | THE WEST WING: Opposition Research | WBEI |
| PA 1-765-655 | THE WEST WING: 365 Days | WBEI |

| PA 1-765-797 | THE WEST WING: King Corn | WBEI |
|---|---|---|
| PA 1-777-436 | THE WEST WING: The Wake Up Call | WBEI |
| PA 1-765-691 | THE WEST WING: Freedonia | WBEI |
| PA 1-765-781 | THE WEST WING: Drought Conditions | WBEI |
| PA 1-765-868 | THE WEST WING: A Good Day | WBEI |
| PA 1-765-861 | THE WEST WING: La Palabra | WBEI |
| PA 1-765-683 | THE WEST WING: Ninety Miles Away | WBEI |
| PA 1-267-465 | THE WEST WING: In God We Trust | WBEI |
| PA 1-267-458 | THE WEST WING: Things Fall Apart | WBEI |
| PA 1-267-457 | THE WEST WING: 2162 Votes | WBEI |
| PA 1-769-538 | THE WEST WING: The Ticket | WBEI |
| PA 1-769-951 | THE WEST WING: The Mommy Problem | WBEI |
| PA 1-769-973 | THE WEST WING: Message of the Week | WBEI |
| PA 1-769-552 | THE WEST WING: Mr. Frost | WBEI |
| PA 1-769-545 | THE WEST WING: Here Today | WBEI |
| PA 1-770-076 | THE WEST WING: The Al Smith Dinner | WBEI |
| PA 1-769-519 | THE WEST WING: The Debate | WBEI |
| PA 1-770-095 | THE WEST WING: Undecideds | WBEI |

| | | |
|---|---|---|
| PA 1-769-974 | THE WEST WING: The Wedding | WBEI |
| PA 1-770-943 | THE WEST WING: Running Mates | WBEI |
| PA 1-770-946 | THE WEST WING: Internal Displacement | WBEI |
| PA 1-770-106 | THE WEST WING: Duck and Cover | WBEI |
| PA 1-770-103 | THE WEST WING: The Cold | WBEI |
| PA 1-769-535 | THE WEST WING: Two Weeks Out | WBEI |
| PA 1-769-559 | THE WEST WING: Welcome to Wherever You Are | WBEI |
| PA 1-769-543 | THE WEST WING: Election Day | WBEI |
| PA 1-769-526 | THE WEST WING: Election Day: Part 2 | WBEI |
| PA 1-770-950 | THE WEST WING: Requiem | WBEI |
| PA 1-770-908 | THE WEST WING: Transition | WBEI |
| PA 1-770-908 | THE WEST WING: The Last Hurrah | WBEI |
| PA 1-770-077 | THE WEST WING: Institutional Memory | WBEI |
| PA 1-770-906 | THE WEST WING: Tomorrow | WBEI |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |

| PA 1-085-793 | THE WIRE: The Hunt | HBO |
|---|---|---|
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |

| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
|---|---|---|
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 589-500 | BATMAN: THE ANIMATED SERIES: Eternal Youth | WBEI |
| PA 601-545 | BATMAN: THE ANIMATED SERIES: Perchance to Dream | WBEI |
| PA 574-404 | BATMAN: THE ANIMATED SERIES: The Cape and Cowl Conspiracy | WBEI |
| PA 607-504 | BATMAN: THE ANIMATED SERIES: Robin's Reckoning: Part 1 | WBEI |
| PA 607-501 | BATMAN: THE ANIMATED SERIES: Robin's Reckoning: Part 2 | WBEI |
| PA 607-510 | BATMAN: THE ANIMATED SERIES: The Laughing Fish | WBEI |

| | | |
|---|---|---|
| PA 601-514 | BATMAN: THE ANIMATED SERIES: Night of the Ninja | WBEI |
| PA 601-517 | BATMAN: THE ANIMATED SERIES: Catch Scratch Fever | WBEI |
| PA 601-542 | BATMAN: THE ANIMATED SERIES: The Strange Secret of Bruce Wayne | WBEI |
| PA 607-506 | BATMAN: THE ANIMATED SERIES: Heart of Steel: Part 1 | WBEI |
| PA 607-507 | BATMAN: THE ANIMATED SERIES: Heart of Steel: Part 2 | WBEI |
| PA 607-508 | BATMAN: THE ANIMATED SERIES: If You're so Smart, Why aren't You Rich? | WBEI |
| PA 604-700 | BATMAN: THE ANIMATED SERIES: Joker's Wild | WBEI |
| PA 601-544 | BATMAN: THE ANIMATED SERIES: Tyger, Tyger | WBEI |
| PA 601-515 | BATMAN: THE ANIMATED SERIES: Moon of the Wolf | WBEI |
| PA 605-106 | BATMAN: THE ANIMATED SERIES: Day of the Samurai | WBEI |
| PA 601-546 | BATMAN: THE ANIMATED SERIES: Terror in the Sky | WBEI |
| PA 601-518 | BATMAN: THE ANIMATED SERIES: Almost Got 'im | WBEI |
| PA 605-105 | BATMAN: THE ANIMATED SERIES: Birds of a Feather | WBEI |
| PA 604-701 | BATMAN: THE ANIMATED SERIES: What is Reality? | WBEI |
| PA 601-516 | BATMAN: THE ANIMATED SERIES: I am the Night | WBEI |
| PA 607-503 | BATMAN: THE ANIMATED SERIES: Off Balance | WBEI |
| PA 605-107 | BATMAN: THE ANIMATED SERIES: The Man who Killed Batman | WBEI |

| | | |
|---|---|---|
| PA 677-778 | BATMAN: THE ANIMATED SERIES: Mudslide | WBEI |
| PA 677-811 | BATMAN: THE ANIMATED SERIES: Paging the Crime Doctor | WBEI |
| PA 605-109 | BATMAN: THE ANIMATED SERIES: Zatanna | WBEI |
| PA 607-502 | BATMAN: THE ANIMATED SERIES: The Mechanic | WBEI |
| PA 607-505 | BATMAN: THE ANIMATED SERIES: Harley and Ivy | WBEI |
| PA 345-359 | SUPER FRIENDS: The Power Pirate | Hanna-Barbera Productions, Inc. ("HBPI"); DC Comics ("DC") |
| PA 347-775 | SUPER FRIENDS: The Baffles Puzzle | HBPI; DC |
| PA 347-719 | SUPER FRIENDS: Professor Goodfellow's G.E.E.C. | HBPI; DC |
| PA 347-774 | SUPER FRIENDS: The Weather Maker | HBPI; DC |
| PA 347-772 | SUPER FRIENDS: Dr. Pelagian's War | HBPI; DC |
| PA 347-773 | SUPER FRIENDS: The Shamon 'U' | HBPI; DC |
| PA 347-770 | SUPER FRIENDS: Too Hot to Handle | HBPI; DC |
| PA 347-769 | SUPER FRIENDS: The Androids | HBPI; DC |
| PA 235-130 | SUPER FRIENDS: Mxyzptlk's Revenge | HBPI; DC |
| PA 235-130 | SUPER FRIENDS: Roller Coaster | HBPI; DC |
| PA 235-130 | SUPER FRIENDS: Once Upon a Poltergeist | HBPI; DC |
| PA 235-129 | SUPER FRIENDS: The Krypton Syndrome | HBPI; DC |

| | | |
|---|---|---|
| PA 235-129 | SUPER FRIENDS: Invasion of the Space Dolls | HBPI; DC |
| PA 235-129 | SUPER FRIENDS: Terror on the Titanic | HBPI; DC |
| PA 278-690 | SUPER FRIENDS: The Revenge of Doom | HBPI; DC |
| PA 278-690 | SUPER FRIENDS: A Pint of Life | HBPI; DC |
| PA 278-690 | SUPER FRIENDS: Day of the Dinosaurs | HBPI; DC |
| PA 278-694 | SUPER FRIENDS: Playground of Doom | HBPI; DC |
| PA 278-694 | SUPER FRIENDS: Space Racers | HBPI; DC |
| PA 278-694 | SUPER FRIENDS: The Recruiter | HBPI; DC |
| PA 278-695 | SUPER FRIENDS: Warpland | HBPI; DC |
| PA 278-695 | SUPER FRIENDS: Two Gleeks are Deadlier than One | HBPI; DC |
| PA 278-695 | SUPER FRIENDS: Bulgor the Behemoth | HBPI; DC |
| PA 278-696 | SUPER FRIENDS: Prisoners of Sleep | HBPI; DC |
| PA 278-696 | SUPER FRIENDS: An Unexpected Treasure | HBPI; DC |
| PA 278-696 | SUPER FRIENDS: The Malusian Blob | HBPI; DC |
| PA 278-697 | SUPER FRIENDS: Return of the Phantoms | HBPI; DC |
| PA 278-697 | SUPER FRIENDS: Bully for You | HBPI; DC |
| PA 278-697 | SUPER FRIENDS: Superclones | HBPI; DC |
| PA 278-698 | SUPER FRIENDS: Attack of the Cats | HBPI; DC |
| PA 278-698 | SUPER FRIENDS: One Small Step for Superman | HBPI; DC |

| | | |
|---|---|---|
| PA 278-698 | SUPER FRIENDS: Video Victims | HBPI; DC |
| PA 1-330-568 | ROBOT CHICKEN: Suck It | Cartoon Network LP, LLLP ("CNLL") |
| PA 1-330-567 | ROBOT CHICKEN: Federated Resources | CNLL |
| PA 1-375-276 | ROBOT CHICKEN: Easter Basket | CNLL |
| PA 1-375-271 | ROBOT CHICKEN: Celebrity Rocket | CNLL |
| PA 1-330-573 | ROBOT CHICKEN: Dragon Nuts | CNLL |
| PA 1-333-080 | ROBOT CHICKEN: 1987 | CNLL |
| PA 1-330-569 | ROBOT CHICKEN: Cracked China | CNLL |
| PA 1-330-563 | ROBOT CHICKEN: Rodigitti | CNLL |
| PA 1-330-565 | ROBOT CHICKEN: Massage Chair | CNLL |
| PA 1-330-564 | ROBOT CHICKEN: Password: Swordfish | CNLL |
| PA 1-349-484 | ROBOT CHICKEN: Adoption's an Option | CNLL |
| PA 1-346-634 | ROBOT CHICKEN: The Munnery | CNLL |
| PAu 3-84-612 | ROBOT CHICKEN: Metal Militia | CNLL |
| PAu 3-84-594 | ROBOT CHICKEN: Veggies for Sloth | CNLL |
| PAu 3-84-597 | ROBOT CHICKEN: Sausage Fest | CNLL |
| PAu 3-90-204 | ROBOT CHICKEN: Drippy Pony | CNLL |
| PAu 2-920-894 | ROBOT CHICKEN: A Day at the Circus | CNLL |
| PAu 2-920-893 | ROBOT CHICKEN: Lust for Puppets | CNLL |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| PA 1-348-307 | ROBOT CHICKEN: Book of Corinne | CNLL |
|---|---|---|